UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POMPEYA COBIAN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COSTCO WHOLESALE CORPORATION, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants. | Case No: 5:19-CV-02439-TJH-SHKx<br>Assigned to Hon. Terry J. Hatter, Jr., Courtroom 9B, and Magistrate Judge Shashi H. Kewalramani, Courtroom 3 or 4<br>(Complaint filed on July 19, 2019)<br><br>**ORDER RE JOINT DISMISSAL OF ENTIRE ACTION  [JS-6]** |

Having considered the Parties' Stipulation Re Request for Dismissal and finding that good cause exists, this Court orders that:

    1.    With good cause, Plaintiff's case 5:19-CV-02439-TJH-SHK is **DISMISSED** with prejudice.

DATED: September 3, 2021    _____

                                                                 **Judge Terry J. Hatter, Jr.**
                                                                 **UNITED STATES DISTRICT JUDGE**